**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**V.**                                                    **CAUSE NO. 3:18-CR-137-CWR-FKB-1**

**TOMMY LEE HUNTER, JR.**                                     **DEFENDANT**

**ORDER**

BEFORE THE COURT is Defendant Tommy Lee Hunter, Jr.'s Motion for Copies of his Docket Sheet and Presentence Report. Docket No. 37. The motion is granted in part and denied in part. A copy of the docket sheet has been mailed to Hunter. Release of the presentence report, however, is denied.

It is the practice of the United States Probation Office to follow the Bureau of Prisons' revised Program Statement 1351.05, Release of Information, which prohibits inmates from possessing Presentence Reports. This provision was adopted due to the sensitive information contained in Presentence Reports that could be used by other inmates for unauthorized purposes. *See Sample v. Watts*, 100 F. App'x 317, 318 (5th Cir. 2004) (citing "an emerging problem where inmates pressure other inmates for a copy of their Presentence Report to learn if they are informants, gang members, or have financial resources"). These reports are not available to the public and, not being deemed public information, are excluded from inmate possession.

For the foregoing reasons, the motion is granted in part and denied in part.

**SO ORDERED**, this the 19th day of November, 2021.

                                                   s/ Carlton W. Reeves
                                                   UNITED STATES DISTRICT JUDGE